UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA JEAN ANDERSON,

                Plaintiff,                    CASE NUMBER: 11-11077
                                                HONORABLE VICTORIA A. ROBERTS
                                                Magistrate Judge Charles E. Binder

v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On May 7, 2012, Magistrate Judge Charles E. Binder issued a Report and Recommendation (R & R) recommending that the Court grant Defendant Commissioner of Social Security's Motion for Summary Judgment and deny Plaintiff Sheila Jean Anderson's Motion for Summary Judgment.  (Doc. # 18).  Magistrate Judge Binder concluded that the Administrative Law Judge who reviewed Plaintiff's application for benefits applied the correct legal standard and her decision to deny Plaintiff's disability claim is supported by substantial evidence.

Under Fed. R. Civ. P. 72(b), a party must file objections to a Magistrate's R & R within fourteen (14) days after being served with a copy of the R & R.  The district court must then review *de novo* any part of the Magistrate's recommendation that is properly objected to.  Fed. R. Civ. P. 72(b)(3).

The time for filing objections to the R & R has passed; neither party objected.

Accordingly, the Court **ADOPTS** the R & R and **GRANTS** summary judgment to

Defendant.  *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) (a district court need not

review a magistrate judge's recommended disposition when no objections to that

recommendation are filed).

  **IT IS ORDERED**.


          S/Victoria A. Roberts
          Victoria A. Roberts
          United States District Judge

Dated: 7/9/2012


| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 9, 2012. |
| s/Carol A. Pinegar |
| Deputy Clerk |